N. H. White, A. V. Huyler and M. DeH. Mason, partners trading and doing business under the firm name of N. H. White & Co., Appellants, *v.* J. C. Menagh.

Argued Feb. 17, 1897. Appeal, No. 30, Feb. T., 1897, by plaintiffs, from order of C. P. Northumberland Co., Sept. T., 1896, No. 545, dissolving attachment under Fraudulent Debtor's Act. Before WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ. Affirmed.

OPINION BY WICKHAM, J., March 17, 1897:

For the reasons assigned in the opinion, this day filed, in the case of W. J. Johnston & Co. v. J. C. Menagh, the order of the court below dissolving the attachment in the present case is affirmed.